GEORGE S. ABELL, Respondent, *v.* THE CORNWALL INDUSTRIAL CORPORATION, Appellant.

*Libel — defenses of justification, privilege and mitigation.*

*Abell* v. *Cornwall Industrial Corp.*, 222 App. Div. 689, affirmed. (Argued February 21, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 12, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was for libel. The defenses were justification, privilege and mitigation. (See 241 N. Y. 327.)

*A. W. Bennet* and *Graham Witschief* for appellant.
*Henry Hirschberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.